# IN THE SUPREME COURT OF THE STATE OF NEVADA

JENELDA PRADD, INDIVIDUALLY,
Appellant,

vs.

CENTENNIAL RILEY
DEVELOPMENT, LLC, A DOMESTIC
LIMITED LIABILITY COMPANY; AND
OTIS ELEVATOR COMPANY,
Respondents.

No. 78178

**FILED**

AUG 13 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

The parties have filed a stipulation to dismiss this appeal. However, the stipulation is not signed by counsel of record for respondents. Accordingly, the stipulation is treated and granted as a motion to voluntarily dismiss this appeal. NRAP 42(b). This appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Chief Judge, The Eighth Judicial District Court
Hon. James M. Bixler, Senior Judge
Jay Young, Settlement Judge
Anthony Paglia Injury Lawyer
Law Offices of Eric R. Larsen
Eighth District Court Clerk

19-33975